**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-25636-BLOOM/Torres**

HARRY SEGAL,

Plaintiff,

v.

MYMAGICHEALER NATURAL
CORPORATION and
AMAZON.COM INC.,

Defendants.
_________________________/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon Defendant Amazon.com, Inc.'s ("Amazon") Motion to Dismiss and Motion to Strike Plaintiff's Complaint, ECF No. [8] ("Motion"). The matter was assigned to Magistrate Judge Edwin G. Torres pursuant to Administrative Order 2025-11. Because Judge Torres did not possess authority to issue a dispositive order in this case, he issued a Report and Recommendation ("R&R") recommending that (1) Amazon be dismissed from Counts I, IX, X, XII, XIII, XIV, XV, and XVI for Plaintiff's failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), (2) Plaintiff's allegations of joint and several liability and prayers for punitive damages, treble damages, and disgorgement be stricken from the Complaint, and (3) Plaintiff be afforded one opportunity to file an amended complaint. ECF No. [15] at 27–28.

The Report and Recommendation advised the parties they had "fourteen (14) days from service of this Report and Recommendation within which to file written objections, if any, with the District Judge." *Id.* at 28. To date, the parties have not filed objections, nor have they sought additional time to file objections. Nonetheless, the Court has conducted a *de novo* review of Judge

Torres' Report and Recommendation and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Torres' Report and Recommendation to be well reasoned and correct. The Court therefore agrees with the analysis and concludes that Counts I, IX, X, XII, XIII, XIV, XV, and XVI Plaintiff's Complaint are to be dismissed, and Plaintiff's allegations of joint and several liability and prayers for punitive damages, treble damages, and disgorgement are to be stricken, but Plaintiff should be given a chance to amend.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [15]**, is **ADOPTED**.
2. Amazon's Motion, **ECF No. [8]**, is **GRANTED**.
3. Amazon is **DISMISSED** from Counts I, IX, X, XII, XIII, XIV, XV, and XVI of Plaintiff's Complaint, **ECF No. [1]**.
4. Plaintiff's allegations of joint and several liability and prayers for punitive damages, treble damages, and disgorgement are **STRICKEN** from the Complaint, **ECF No. [1]**.
5. Plaintiff may file an Amended Complaint that cures the deficiencies identified in the Report and Recommendation **by September 4, 2026**.

**DONE and ORDERED** in Chambers in Miami, Florida, on August 21, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record